UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BUILDING AND REALTY INSTITUTE OF
WESTCHESTER AND PUTNAM COUNTIES,
INC., *et al.*,

                       Plaintiffs,

    v.

STATE OF NEW YORK, *et al.*,

                       Defendants.

Case No. 19-CV-11285 (KMK)

ORDER

---

KENNETH M. KARAS, United States District Judge:

The Parties are to submit proposed briefing schedules for the following Motions by no later than April 30, 2020:

- Motion To Dismiss by the State of New York, Division of Homes and Community Renewal ("DHCR"), and DHCR Commissioner RuthAnne Visnauskas ("Defendants")

- Motion To Intervene by Community Voices Heard

- Motion To Intervene by 300 Apartment Associates

Defendants shall submit non-consolidated Motions To Dismiss in this Action and in *G-Max Management, Inc., et al. v. State of New York, et al.*, No. 20-CV-634.

SO ORDERED.

DATED:      April 23, 2020
              White Plains, New York

                                   KENNETH M. KARAS
                                   UNITED STATES DISTRICT JUDGE